**Slip Op. 04-63**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, SENIOR JUDGE**

| | |
|---|---|
| SLATER STEELS CORP., FORT WAYNE SPECIALITY ALLOYS DIVISION; CARPENTER TECHNOLOGY CORP., CRUCIBLE SPECIALTY METALS DIVISION, CRUCIBLE MATERIALS CORP.; ELECTRALLOY CORP.; UNITED STEEL WORKERS OF AMERICA, AFL-CIO/CLC; ACCIAIERIE VALBRUNA S.P.A., | |
| Plaintiffs, | Consolidated Court No. 02-00189 |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| TRAFILERIE BEDINI, SRL, | |
| Defendant-Intervenor. | |

**JUDGMENT ORDER**

Upon consideration of the <u>Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order</u> ("<u>Redetermination Results</u>") filed by the Department of Commerce ("Commerce") pursuant to the Court's decision in <u>Slater Steels Corp. v. United States</u>, Slip Op. 03-162 (Dec. 16, 2003), and upon the parties' comments regarding the <u>Redetermination Results</u>; upon all other papers filed herein, and upon due deliberation; the Court finds that Commerce adequately distinguished the five administrative determinations cited in the Court's remand instructions. Accordingly, it is hereby

**ORDERED** that the <u>Redetermination Results</u> are sustained in all respects; and it is further

**ORDERED** that judgment is entered for defendant.

**SO ORDERED.**


<u>/s/ Richard W. Goldberg</u>
**Richard W. Goldberg**
**Senior Judge**

Date:     **June 9, 2004**
          **New York, New York**